IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS J. HEILMAN,

    Plaintiff,                         No. 2:09-cv-2721 KJN P

    vs.

T. LYONS, et al.,                      ORDER AND

    Defendants.                 ORDER TO U.S. MARSHAL

_____/

       Plaintiff is a state prisoner proceeding without counsel and in forma pauperis. Plaintiff has submitted the completed subpoena duces tecum form pursuant to this court's March 18, 2011 order. The subpoena duces tecum provides for certain documents to be produced on April 15, 2011, at 10:00 a.m. The documents requested have been limited as required by this court's December 13, 2010 order. Therefore, the U.S. Marshal is directed to serve the subpoena duces tecum on the Custodian of Records at the California Medical Facility, Vacaville, California, <u>on or before March 31, 2011</u>. The Clerk of the Court is to serve copies of this order and the subpoena duces tecum on the litigation coordinator and the Warden of California Medical Facility.

       IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to issue the subpoena duces tecum provided

by plaintiff on March 9, 2011, and send the original subpoena duces tecum, along with a copy of the instant order, to the U.S. Marshal;

        2. <u>No later than March 31, 2011</u>, the U.S. Marshal is directed to personally serve the subpoena duces tecum and a copy of this order upon the Custodian of Records at the California Medical Facility, 1600 California Drive, Vacaville, CA 95696-2000, pursuant to 28 U.S.C. § 566(c), and shall command all necessary assistance from the California Department of Corrections and Rehabilitation to execute this order;

        3. Within ten days after personal service of the subpoena duces tecum is effected, the United States Marshal shall file the return of service for the nonparty with the court.

        4. The Clerk of the Court is directed to serve a copy of this order and a copy of the issued subpoena duces tecum on the following:

    Kathleen Dickinson, Warden,
    California Medical Facility
    P.O. Box 2000
    Vacaville, CA  95696-2000

    Litigation Coordinator
    California Medical Facility
    P.O. Box 2000
    Vacaville, CA  95696-2000

DATED: March 23, 2011

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

heil2721.usm