IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS J. HEILMAN.

      Plaintiff,                             No. 2:09-cv-2721 KJN P

      vs.

T. LYONS, et al.,                        ORDER AND

      Defendants.                 ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On February 24, 2011, plaintiff filed a motion to compel defendants Lyons, Esberto and Echeverria to provide responses to interrogatories propounded on November 20, 2010, and requests for admissions propounded on December 4, 2010. Plaintiff filed a second motion to compel responses to these discovery requests on March 9, 2011. (Dkt. No. 32.) Plaintiff also seeks an order of expenses and sanctions in the amount of $500.00 based on defendants' alleged purposeful delay of this action. Defendants have not filed an opposition to plaintiff's February 24, 2011 motion to compel.

        On December 30, 2010, defendants Lyons, Esberto and Echeverria filed a motion for an extension of time to respond to the interrogatories and requests for admissions at issue here. (Dkt. No. 21.) By order filed January 11, 2011, defendants were ordered to respond to the

1

1  discovery requests on or before February 4, 2011.  (Dkt. No. 29.)

2  Plaintiff states that defendants did not respond by February 4, 2011, and,
3  apparently, as of March 2, 2011, have still not filed answers to the interrogatories or responses to
4  the requests for admissions.  (Dkt. No. 32 at 2.)

5  In light of defendants' December 30, 2010 motion for extension of time, it is clear
6  that defendants' counsel received the discovery requests propounded by plaintiff.  Defendants
7  were electronically served with a copy of this court's January 11, 2011 order requiring their
8  responses on or before February 4, 2011.  Plaintiff provided certificates of service by mail
9  attesting to service on counsel for defendants for both the February 24, 2011 and March 9, 2011
10 motions to compel.  In addition, counsel received electronic notice from the court as to both
11 motions to compel. (Dkt. Nos. 30 & 32.)  The court has authority to impose sanctions for abuses
12 of the discovery process under Rule 37 of the Federal Rules of Civil Procedure.  See Wanderer v.
13 Johnston, 910 F.2d 652 (9th Cir. 1990) (default appropriate sanction where defendants repeatedly
14 failed to comply with discovery orders).

15 Accordingly, plaintiff's February 24, 2011 motion to compel is partially granted.
16 Defendants Lyons, Esberto and Echeverria shall respond to the interrogatories and requests for
17 admissions within fourteen days from the date of this order.  Defendants are cautioned that
18 failure to comply with this order shall result in an order imposing sanctions, including, but not
19 limited to, striking the answer and entering default.  Moreover, failure to respond to the requests
20 for admissions within fourteen days from the date of this order will result in an order deeming the
21 requests admitted for purposes of trial.  Plaintiff's March 9, 2011 motion is duplicative and is
22 denied.

23 With regard to plaintiff's request for expenses and/or sanctions, plaintiff has failed
24 to provide an itemization of expenses incurred in connection with bringing the motion to compel.
25 Plaintiff will be granted twenty-one days in which to file a statement of his photocopy or other
26 expenses incurred in connection with his efforts to obtain discovery responses.  At that time, the

court will rule on plaintiff's request for expenses.  Plaintiff is not represented by counsel and is therefore not entitled to attorney's fees.  Plaintiff's request for sanctions does not comply with Rule 11(c)(2), and is therefore denied.

Finally, inasmuch as counsel for defendants has failed to comply with this court's January 11, 2011 order, counsel shall show cause, if any he may have, why counsel should not be ordered to pay monetary sanctions for failure to comply with this court's order.  Fed. R. Civ. P. 11(c)(3).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 24, 2011 motion to compel (dkt. no. 30) is partially granted;

2. Plaintiff's March 9, 2011 motion to compel (dkt. no. 32) is denied;

3. Within fourteen days from the date of this order, defendants Lyons, Esberto and Echeverria shall respond to the interrogatories and requests for admissions;

4. Within twenty-one days from the date of this order, plaintiff shall file a statement of his photocopy or other expenses incurred in connection with his efforts to obtain discovery responses;

5. Within fourteen days from the date of this order, counsel for defendants Lyons, Esberto and Echeverria shall show cause, if any he may have, why counsel should not be ordered to pay monetary sanctions for failure to comply with the January 11, 2011 court order; and

6. In addition to electronic service via CM/ECF, the Clerk of the Court is directed to send a copy of this order to counsel for defendants, by using the United States Postal Service.

DATED: March 29, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

heil2721.mtc