1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS JOHN HEILMAN,

11          Plaintiff,                    No. 2:09-cv-2721 JAM KJN P

12       vs.

13   T. LYONS, et al.,                    ORDER AND ORDER

14          Defendants.                   REQUIRING STATUS OF

15   _____/            PLAINTIFF'S LEGAL MATERIALS

16          On March 7, 2012, plaintiff filed a request that the court provide him a copy of all

17   the records contained in this action because plaintiff was "transferred in an adverse manner,"

18   "without prior notice to pack or inventory his property and legal papers."  (Id. at 1.)  Plaintiff

19   claims his legal materials were not transported with him to Donovan Prison, which he claims

20   denies him access to the court, allegedly in retaliation for plaintiff engaging in his First

21   Amendment right to file prison grievances and civil lawsuits.

22          On March 9, 2012, plaintiff filed a motion for extension of time to file objections

23   to the February 3, 2012 findings and recommendations for the same reason.  Plaintiff was

24   previously granted an additional fourteen days in which to file objections.

25          The district court cannot rule on the pending findings and recommendations until

26   plaintiff has an opportunity to file objections.  Plaintiff cannot file his objections without access

1

1   to his legal materials.  Moreover, on February 8, 2012, this court issued a revised scheduling

2   order, extending the discovery deadline to June 8, 2012.  Plaintiff cannot propound discovery

3   without access to his legal materials.

4          Accordingly, counsel for defendants shall contact the appropriate prison officials,

5   at California Men's Colony East, and R.J. Donovan Correctional Facility, including, but not

6   limited to, the litigation coordinators at each facility, to ascertain the location of plaintiff's legal

7   materials, and how long it will take for such legal materials to be returned to plaintiff, and

8   whether the transfer of these materials to plaintiff can be expedited.  If necessary, counsel for

9   defendants shall contact Monica Anderson, Supervising Deputy Attorney General, for assistance

10  in this regard.  Within ten days from the date of this order, counsel for defendants shall file a

11  declaration concerning those efforts, including the present status of plaintiff's legal materials.

12         Plaintiff is granted an additional thirty days in which to file objections, which the

13  court may further extend, depending on defendants' response to this order.

14         Good cause appearing, IT IS HEREBY ORDERED that:

15         1.  Plaintiff's March 7, 2012 request for a copy of all records in this action (dkt.

16  no. 86) is denied without prejudice;

17         2.  Within ten days from the date of this order, defendants' counsel shall file a

18  declaration concerning plaintiff's access to his legal materials, as set forth above;

19         3.  Plaintiff's March 9, 2012 motion for extension of time (dkt. no. 87) is granted;

20  and

21         4.  Plaintiff is granted thirty days from the date of this order in which to file

22  objections to the findings and recommendations.

23  DATED:  March 13, 2012

24  _____

     KENDALL J. NEWMAN
25  UNITED STATES MAGISTRATE JUDGE

26  heil2721.36b

2