IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

     Plaintiff,                   No. 2:09-cv-2721 JAM KJN P

   vs.

T. LYONS, et al.,

     Defendants.            <u>ORDER TO SHOW CAUSE</u>

        On March 7, 2012, plaintiff notified the court that he was transferred and deprived of his legal materials, and asked the court to provide him a copy of all the records in the instant action. On March 14, 2012, the court denied plaintiff's request for copies, but on March 13, 2012, counsel for defendant Sheldon filed a response indicating defense counsel mailed copies of pertinent documents to plaintiff on March 12, 2012. (Dkt. No. 88.) However, on March 14, 2012, the court directed counsel for defendants to contact the appropriate prison officials to ascertain the location of plaintiff's legal materials, and to file a declaration within ten days concerning counsel's efforts and the status of plaintiff's legal materials. Ten days have now passed, and counsel has not responded to the court's March 14, 2012 order. The act of sending plaintiff copies of filings in this action, while appreciated, is not responsive to this court's March 14, 2012 order.

1

1   Good cause appearing, IT IS HEREBY ORDERED that:

2   1. Within seven days from the date of this order, counsel for defendants shall show cause why sanctions should not issue based on their failure to respond to the court's March 14, 2012 order; and

3   2. Counsel for defendants shall also provide the response to the March 14, 2012 order within seven days.

DATED: March 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

heil2721.osc