IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

    Plaintiff,                No. 2:09-cv-2721 JAM KJN P

    vs.

T. LYONS, et al.,

    Defendants.           <u>ORDER</u>

                        /

        On April 26, 2012, the court recommended that plaintiff's March 29, 2012, and April 9, 2012 motions for injunctive relief, addressing plaintiff's claims concerning access to his legal materials, be denied. On May 3, 2012, plaintiff filed a notice informing the court that he received his legal materials, and that "any previous motion for orders to the CDCR or CMF to provide plaintiff's confiscated legal materials should now be considered moot." (Dkt. No. 100.) Thus, it appears plaintiff withdraws the motions. Accordingly, the Clerk of Court is directed to terminate plaintiff's March 29, 2012 and April 9, 2012 motions (dkt. nos. 91 & 93) pursuant to plaintiff's May 3, 2012 notice.

DATED: May 9, 2012

                                                KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

heil2721.moo