IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

    Plaintiff,                  No. 2:09-cv-2721 JAM KJN P

   vs.

T. LYONS, et al.,

    Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 3, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  After receiving extensions of time, plaintiff filed objections[1] to the findings and recommendations on May 3, 2012; defendants filed a reply on May 15, 2012.

---

[1] In his objections, plaintiff included arguments concerning defendant Sheldon. However, defendant Sheldon was only recently served with process and did not file the motion for summary judgment at issue here.  Accordingly, plaintiff's arguments concerning defendant Sheldon are disregarded.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
2 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire
3 file, the court finds the findings and recommendations to be supported by the record and by
4 proper analysis.
5    Accordingly, IT IS HEREBY ORDERED that:
6    1. The findings and recommendations filed February 3, 2012 (dkt. no. 81), are
7 adopted in full;
8    2. Defendants' August 4, 2011 cross-motion for summary judgment (dkt. no. 58)
9 is granted as to defendants Echeverria, Lyons and Esberto; and
10    3. Plaintiff's July 20, 2011 motion for summary judgment (dkt. no. 54), is denied.
11 DATED:  June 14, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE